**FILED**

OCT 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD WESLEY COTTERMAN,<br><br>Defendant. | No. 2:07-CR-0484 GEB<br><br>VIOLATIONS: 18 U.S.C. § 2260A - Commission of a Sex Felony Crime Involving a Minor by a Registered Sex Offender (2 Counts); 18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing Images of Child Pornography |

# I N D I C T M E N T

<u>COUNT ONE</u>: [18 U.S.C. § 2260A - Commission of a Sex Felony Crime Involving a Minor by a Registered Sex Offender]

The Grand Jury charges:  T H A T

HOWARD WESLEY COTTERMAN,

defendant herein, having been at the time required to register as a sex offender under California law in the County of Nevada, State and Eastern District of California, on or about August 18, 2006, did commit a felony offense involving a minor under Title 18, United States Code, Section 2251(a), to wit: intentionally using a female under the age of eighteen years to engage in sexually explicit conduct, namely, the lascivious exhibition of

1

the genitals and pubic area of a person within the meaning of Title 18, United States Code, Section 2256(2)(A)(v), for the purpose of producing visual depictions, namely, approximately seven photographs, of such conduct, where defendant HOWARD WESLEY COTTERMAN knew or had reason to know that such visual depictions would be transported in interstate or foreign commerce and where such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2260A.

COUNT TWO:  [18 U.S.C. § 2260A - Commission of a Sex Felony Crime Involving a Minor by a Registered Sex Offender]

The Grand Jury further charges:  T H A T

HOWARD WESLEY COTTERMAN,

defendant herein, having been at the time required to register as a sex offender under California law in the County of Nevada, State and Eastern District of California, on or about December 10, 2006, did commit a felony offense involving a minor under Title 18, United States Code, Section 2251(a), to wit: intentionally using a female under the age of eighteen years to engage in sexually explicit conduct, namely, the lascivious exhibition of the genitals and pubic area of a person within the meaning of Title 18, United States Code, Section 2256(2)(A)(v), for the purpose of producing visual depictions, namely, approximately six photographs, of such conduct, where defendant HOWARD WESLEY COTTERMAN knew or had reason to know that such visual depictions would be transported in interstate or foreign commerce and where such visual depictions were produced using

materials that have been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2260A.

COUNT THREE:   [18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing Images of Child Pornography]

The Grand Jury charges:   T H A T

HOWARD WESLEY COTTERMAN,

defendant herein, beginning on or about August 20, 2006, and continuing thereafter until on or about April 13, 2007, in the County of Nevada, State and Eastern District of California, did knowingly possess material which he knew contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) to mean visual depictions involving the use of minors engaged in sexually explicit conduct, that had been shipped or transported in interstate or foreign commerce and had been produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

/s/ Signature on file w/AUSA

_____
FOREPERSON

_Larry Brown_
McGREGOR W. SCOTT
United States Attorney

3

DEFENDANT:            **HOWARD WESLEY COTTERMAN**

COUNTS ONE AND TWO:
VIOLATION:            18 U.S.C. § 2260A - Commission of
                      a Sex Felony Crime Involving a Minor
                      by a Registered Sex Offender

PENALTY:              Mandatory 10 years consecutive imprisonment,
                      Not more than $250,000 fine, or both
                      3 years of supervised release

COUNT THREE:
VIOLATION:            18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing
                      Images of Child Pornography

PENALTY:              Not less than 10 years and not more than
                      20 years imprisonment,
                      Not more than $250,000 fine, or both
                      3 years of supervised release

PENALTY ASSESSMENT:   $100 each count

2 0 7 - CR - 0 4 8 4 GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
vs.

### HOWARD WESLEY COTTERMAN

---

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2260A - Commission of a Sex Felong Crime Involving a Minor by a Registered Sex Offender (2 Counts); 18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing Images of Child Pornography

---

*A true bill,*

/s/

_____
Foreman.

Filed in open court this  25th  day

of  October , A.D. 2007

(Schultz)
_____
Clerk.

Bail, $ **WARRANT: NO BAIL PENDING HEARING**

[signature]

GPO 863 525

2 0 7 - CR - 0 4 8 4