PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD WESLEY COTTERMAN, <br><br> Defendant. | 2:07-cr-00484-TLN <br><br> MOTION TO DISMISS INDICTMENT AS TO DEFENDANT HOWARD WESLEY COTTERMAN |

Plaintiff United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against defendant HOWARD WESLEY COTTERMAN without prejudice in the interest of justice. COTTERMAN, has been committed to the Bureau of Prisons for a term of 30 years, to be followed by lifetime supervised release in a separate Indictment in the District of Arizona, Criminal Case Number 4:07-cr-01207-RCC-CRP. As a result, the United States believes that it would be in the interest of justice to dismiss the instant case without prejudice.

Dated: March 17, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

```
1    PHILLIP A. TALBERT
     United States Attorney
2    SAMUEL WONG
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone: (916) 554-2700
     Facsimile:  (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00484-TLN |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE INDICTMENT AS TO DEFENDANT HOWARD WESLEY COTTERMAN |
| v. | |
| HOWARD WESLEY COTTERMAN, | |
| Defendant. | |

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Indictment in the above captioned case be dismissed against defendant HOWARD WESLEY COTTERMAN without prejudice in the interest of justice.

Dated: _____

                       TROY L. NUNLEY
                       U.S. DISTRICT COURT JUDGE