1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         | 2:07-cr-00484-TLN
11 |                       Plaintiff,  | MOTION TO DISMISS INDICTMENT AS TO
   |                                   | DEFENDANT HOWARD WESLEY COTTERMAN
12 |   v.                              |
13 | HOWARD WESLEY COTTERMAN,          |
14 |                       Defendant.  |

15

16     Plaintiff United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal

17 Procedure, hereby moves to dismiss the indictment against defendant HOWARD WESLEY

18 COTTERMAN without prejudice in the interest of justice. COTTERMAN, has been committed to the

19 Bureau of Prisons for a term of 30 years, to be followed by lifetime supervised release in a separate

20 Indictment in the District of Arizona, Criminal Case Number 4:07-cr-01207-RCC-CRP. As a result, the

21 United States believes that it would be in the interest of justice to dismiss the instant case without

22 prejudice.

23 Dated: March 17, 2017                    PHILLIP A. TALBERT
                                            United States Attorney
24

25                                    By:   /s/ Samuel Wong
                                            SAMUEL WONG
26                                          Assistant United States Attorney

27

28

PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00484-TLN |
|---|---|
| Plaintiff, | ORDER TO DISMISS WITHOUT PREJUDICE INDICTMENT AS TO DEFENDANT HOWARD WESLEY COTTERMAN |
| v. | |
| HOWARD WESLEY COTTERMAN, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED that the Indictment in the above captioned case be dismissed against defendant HOWARD WESLEY COTTERMAN without prejudice in the interest of justice.

Dated: March 20, 2017

_____
Troy L. Nunley
United States District Judge